*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **BIG BROTHERS BIG SISTERS OF GREATER MEMPHIS, INC.** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **TRUMBULL INSURANCE COMPANY** | **CASE NO: 10-2146-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation Of Dismissal entered on October 28, 2010, this cause is hereby dismissed with prejudice.**

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 11/5/2010**                                THOMAS M. GOULD
                                                   **Clerk of Court**


                                                   s/Terry L. Haley
                                                   **(By)   Deputy Clerk**